IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILIP J. GADZINSKI,

    Plaintiff,

v.

DOUG BELILE, et al.

    Defendants.

ORDER

Case No. 23-cv-734-jdp

Plaintiff Philip J. Gadzinski has filed a proposed civil action under 42 U.S.C. § 1983, alleging violation of his rights at the Sand Ridge Secure Treatment Center, where plaintiff is in custody pursuant to Wis. Stat. Ch. 980. Plaintiff has filed a motion for leave to proceed without prepayment of the filing fee.

This court uses one method for determining the indigent status of all institutionalized persons, even those like plaintiff who are not subject to the 1996 Prisoner Litigation Reform Act. This method requires plaintiff to submit a certified copy of a resident account statement for the six-month period immediately preceding the filing of the complaint.

A certified copy of plaintiff's resident account statement for the entire sixth-month period immediately preceding the filing of the complaint must be provided if plaintiff intends to pursue the request for leave to proceed without prepayment of the filing fee. Because plaintiff's complaint was submitted on October 23, 2023, the certified resident account statement should cover the period beginning approximately April 23, 2023 and ending approximately October 23, 2023. If plaintiff fails to submit the required statement

within the deadline set below, I will assume that plaintiff wishes to withdraw this action voluntarily.

## ORDER

IT IS ORDERED that plaintiff Philip J. Gadzinski may have until November 14, 2023 to submit a certified copy of plaintiff's resident account statement for the period beginning approximately April 23, 2023 and ending approximately October 23, 2023. If, by November 14, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 23rd day of October, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge